THE PEOPLE OF THE STATE OF NEW YORK ex rel. COLONIAL TRUST COMPANY, Appellant, *v.* WILLIAM J. MORGAN, as Comptroller of the State of New York, Respondent.

*People ex rel. Colonial Trust Co.* v. *Morgan*, 47 App. Div. 126, affirmed.
(Argued April 16, 1900; decided April 24, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 23, 1900, confirming the determination of the

comptroller of the state of New York refusing to revise or readjust the account settled by him against the relator for state franchise taxes on its capital stock for the years ending October 31, 1897 and 1898.

*Charles A. Collin* and *William F. Sheehan* for appellant.

*H. B. Coman* and *John C. Davies* for respondent.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Absent: VANN, J. Not sitting: LANDON, J.